# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LULATI SOKOL** | : | **CIVIL ACTION NO: 1:06-CV-0830** |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN THOMAS HOGAN, et al.,** | : | |
| Respondents | : | |

## ORDER

AND NOW, this 7th day of July, 2006, upon consideration of the petition (Doc. 1) for writ of habeas corpus, in which petitioner avers that he is being detained unlawfully by the Department of Homeland Security, and it appearing that petitioner has been released from detention, (Doc. 13), it is hereby ORDERED that the petition (Doc. 1) is DENIED as moot. The Clerk of Court is directed to CLOSE this case.

　　　　　　　　　　　　　　　　　　　/s/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　United States District Judge